**1**

## John LOCONTI v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
May 4, 1926.)

No. 4591.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Buonpane, Marshman & Buonpane, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Dismissed pursuant to application of counsel for plaintiff in error.

---

**2**

## Caroline H. McDOWELL, Executrix of Estate of Jesse C. McDowell, Deceased, Appellant, v. D. B. HEINER, Collector of Internal Revenue, Appellee.

(Circuit Court of Appeals, Third Circuit. December 7, 1926.)

No. 3511.

Appeal from the District Court of the United States for the Western District of Pennsylvania; W. H. Seward Thomson, Judge.

William G. Heiner, of Pittsburgh, Pa., for appellant.

Charles T. Hendler, of Washington, D. C., John D. Meyer, U. S. Atty., and W. J. Aiken, Asst. U. S. Atty., both of Pittsburgh, Pa., and A. W. Gregg and Chester A. Gwinn, both of Washington, D. C., for appellee.

Harry C. Weeks, of Wichita Falls, Tex., amicus curiæ.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The opinion of the court below, reported at 9 F.(2d) 120, is so full and satisfactory that a further one by this court cannot perforce be but an attempt to restate what that court satisfactorily said. We therefore restrict ourselves to adopting its opinion and affirming its decree, dismissing plaintiff's bill.

---

**3**

## John MATTINGLY v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
May 13, 1926.)

No. 4485.

In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge.

Ronald C. Oldham, of Louisville, Ky., for plaintiff in error.

W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Dismissed for failure to have bill of exceptions allowed within time.

---

**4**

## Harriet MILLER, alias Hattie Miller, and Sam Goldstein v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
October 15, 1926.)

No. 4653.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Fleming, Baird & Morden, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of the District Court affirmed, upon authority of Albert v. United States (C. C. A. 6) 281 F. 511, 513.

---

**5**

## Berwind White'Coal Mining Company, Libelant-Appellant, v. Steamship MONTSERRAT, Her Engines, etc.; Compania Trasatlantica, Claimant-Appellee; James Auditore & Sons, Inc., Respondent-Appellee.

(Circuit Court of Appeals, Second Circuit.
November 1, 1926.)

No. 48.

Appeal from the District Court of the United States for the Southern District of New York.

Gerald J. McKernan and Macklin, Brown & Van Wyck, all of New York City, for appellant.

Hunt, Hill & Betts, of New York City (John W. Crandall, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Decree (7 F.[2d] 477) affirmed, with costs.